UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA TETREAULT,<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY, an Oregon corporation,<br><br>Defendant. | Case No. CV-17-00540-RSL<br><br>STIPULATED ORDER OF DISMISSAL |

COME NOW the parties, by and through their counsel of record, and stipulate as follows:

1. The above-entitled cause settled and Plaintiff filed a Notice of Settlement on March 2, 2018 (Dkt. 26).

2. At this time, the parties agree that this matter may be dismissed with prejudice and without costs.

/////

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 2, 2018

/s/ David P. Roosa
David P. Roosa, WSBA #45266
Roger Davidheiser, WSBA #18638
FRIEDMAN RUBIN
51 University Street, Suite 201
Seattle, WA 98101
Phone: (206) 501-4446
Fax: (206) 623-0794
Email: droosa@friedmanrubin.com
      rdavidheiser@friedmanrubin.com

Attorneys for Plaintiff

DATED: April 2, 2018

/s/ Stacy M. Tucker
Stacy M. Tucker, WSBA #43449
ROPERS MAJESKI KOHN & BENTLEY
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Phone: (650) 864-3200
Fax: (650) 780-1701
Email: stacy.tucker@rmkb.com
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: April 5, 2018

*MS Lasnik*
Hon. Robert S. Lasnik,
United States District Court Judge